ACCEPTED
03-13-00490-CR
4106939
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/11/2015 12:01:38 PM
JEFFREY D. KYLE
CLERK



# Rosemary Lehmberg ⭑ Travis County District Attorney

**P.O. Box 1748  Austin, Texas  78767 • Telephone: 512-854-9400 • Fax: 512-854-9695**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/11/2015 12:01:38 PM

JEFFREY D. KYLE
Clerk

February 11, 2015

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547, Capitol Station
Austin, Texas   78711

Re:     Court of Appeals Number: 03-13-00490-CR through 03-13-00493-CR; 03-13-00495-CR
        Trial Court Cause Number: D1-DC-13-900010, etc.
        Styled: Gerald Christopher Zuliani v. State of Texas

Dear Mr. Kyle:

This is to acknowledge receipt of your notice, dated February 6, 2015, that the above-referenced causes have been set for oral argument on Wednesday, March 11, 2015, at 9:00 A.M.

Please inform the Court that the State will be represented at the scheduled time by M. Scott Taliaferro.


Sincerely,
*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney
State Bar No. 00785584
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. (512) 854-4810
Scott.Taliaferro@traviscountytx.gov
AppellateTCDA@traviscountytx.gov


MST:vb


cc: Christopher P. Morgan
    Attorney at Law
    chrismorganlaw@cs.com

**Criminal Justice Center • 509 West 11th Street • Austin, Texas 78701**